# LAW OFFICE OF KEVIN J. KEATING, P.C.

Kevin J. Keating, Esq.

Counsel:
Stefani Goldin, Esq.

666 Old Country Road, Suite 900
Garden City, New York 11530

T: (516) 222-1099
F: (516) 745-0844

MANHATTAN OFFICE
BY APPOINTMENT
T: (212) 964-2702

January 18, 2021

**Via ECF**

Magistrate Judge A. Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: Doe v. Cuchel
      Dkt. No. 2:20-cv-05402

Dear Magistrate Judge Tomlinson:

  I am attorney for the defendant, Stephen Cuchel in the captioned matter. On November 6, 2020, plaintiff filed a Motion for a Protective Order and for Leave to Proceed Under a Pseudonym, in which plaintiff's counsel indicated that the defendant has consented to the application. Plaintiff's motion includes a proposed Order granting the requested relief.

  The Court has not yet set a schedule for this motion, but in an abundance of caution, I write to advise the court that while the defendant, generally, consents to plaintiff's application for leave to proceed under a pseudonym in this matter, we do not agree with the content of the proposed Order submitted by plaintiff in this regard.

  Otherwise, we will await a Scheduling Order from the Court.

  Thank you for your consideration.

               Very truly yours,

               *Kevin J. Keating*

               KEVIN J. KEATING

KK/dg

cc: Lisa D. Haba, Esq.
   Farzin Franklin Amanat, Esq.
   *Attorneys for Plaintiff*