

# DICELLO LEVITT GUTZLER

ONE GRAND CENTRAL PLACE, 60 E. 42ND STREET, SUITE 2400, NEW YORK, NEW YORK 10165

CARMEL T. KAPPUS
CKAPPUS@DICELLOLEVITT.COM
646.933.1000

November 15, 2021

**BY ECF ONLY**

The Honorable Arlene R. Lindsay
United States Magistrate Judge
Eastern District of New York
814 Federal Plaza
Central Islip, NY 11722-4451

                **Re:** *Doe v. Cuchel*, **No. 2:20-cv-5402 (GRB/ARL)**

Dear Judge Lindsay:

    Our firm represents Plaintiff, Jane Doe, in the above-referenced civil action in which Ms. Doe sues Defendant Stephen Cuchel for sexual assault and battery and for intentional infliction of emotional distress under New York law. On November 12, 2021, we received notice via ECF that this matter was now transferred to your Honor.

    During the virtual conference that was held on July 14, 2021, the Honorable A. Kathleen Tomlinson, scheduled this matter for a discovery status conference in person on November 30, 2021 at 11:30 a.m. (ECF no. 18). Given this matter is now transferred, we write to confirm whether a conference will still be held on the aforementioned date and time and whether that appearance will be remote or in person.

    We appreciate the Court's time and attention to this matter.

                                               Respectfully submitted,

                                               Carmel T. Kappus, Esq.

cc (via ECF):  Judge Gary R. Brown
                     Kevin J. Keating, Esq.