UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JANE DOE,

                            Plaintiff,                        Civil Action No.
                                                           2:20-cv-5402

        - against -

STEPHEN J. CUCHEL,

                            Defendant.
----------------------------------------------------------------X

### NOTICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)(1)

        KEVIN J. KEATING, an attorney duly admitted to the practice of law affirms as follows:

1.      I am attorney for the defendant in the captioned matter.

2.      This filing is made pursuant to Federal Rule of Civil Procedure 25(a)(1) advising

that on December 14, 2021 the defendant Steven J. Cuchel died.

Dated: Garden City, New York
       January 18, 2022

                        Respectfully submitted,

                        LAW OFFICE OF KEVIN J. KEATING, P.C.

                        /s/ *Kevin J. Keating*
                        By: Kevin J. Keating, Esq.
                        *Attorney for Defendant, Stephen J. Cuchel*
                        666 Old Country Road, Suite 900
                        Garden City, New York 11530
                        (516) 222-1099
                        Email: kevin@kevinkeatinglaw.com

To:    F. Franklin Amanat
       Greg G. Gutzler
       DICELLO LEVITT GUTZLER, LLC
       One Grand Central Place
       60 East 42nd Street, Suite 2400
       New York, New York 10165
       (646) 933-1000
       famanat@dicellolevitt.com
       ggutzler@dicellolevitt.com